ELIZABETH DAY (SBN 177125)
eday@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
DAVID ALBERTI (SBN 220265)
dalberti@feinday.com
SAL LIM (SBN 211836)
slim@feinday.com
**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel:  650.618.4360
Fax:  650.618.4368

Attorneys for Plaintiff
SOVEREIGN PEAK VENTURES, LLC

RICHARD G. FRENKEL (CA 204133)
rick.frenkel@lw.com
S. GIRI PATHMANABAN (CA 284802)
giri.pathmanaban@lw.com
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Phone: (650) 328-4600
Fax: (650) 463-2600

GAURAV ASTHANA (CA 315866)
gaurav.asthana@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Phone: (415) 391-0600
Fax: (415) 395-8095

Attorneys for Defendant
LIFI LABS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOVEREIGN PEAK VENTURES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LIFI LABS, INC.,<br><br>    Defendant. | CASE NO.  3:19-cv-00025-JD<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT** |

STIPULATED MOTION FOR DISMISSAL CASE NO. 3:19-CV-00025-JD

1  The plaintiff Sovereign Peak Ventures, LLC and defendant Lifi Labs, Inc., having
2  resolved their disputes by agreement, and pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby
3  move for an order dismissing all claims in this action WITHOUT PREJUDICE, with each party
4  to bear its own costs, expenses and attorneys' fees.

Dated: May 20, 2019          FEINBERG DAY ALBERTI LIM & BELLOLI LLP

                             By: /s/
                               Marc Belloli
                               *Attorneys for Plaintiff Sovereign Peak Ventures, LLC*

Dated:  May 20, 2019          LATHAM & WATKINS LLP

                             By:    /s/ Richard G. Frenkel

                             Richard G. Frenkel (CA 204133)
                             rick.frenkel@lw.com
                             S. Giri Pathmanaban (CA 284802)
                             giri.pathmanaban@lw.com
                             LATHAM & WATKINS LLP
                             140 Scott Drive
                             Menlo Park, CA 94025
                             Phone: (650) 328-4600
                             Fax: (650) 463-2600

                             Gaurav Asthana (CA 315866)
                             gaurav.asthana@lw.com
                             LATHAM & WATKINS LLP
                             505 Montgomery Street, Suite 2000
                             San Francisco, California 94111
                             Phone: (415) 391-0600
                             Gaurav Asthana (CA 315866)
                             gaurav.asthana@lw.com
                             LATHAM & WATKINS LLP
                             505 Montgomery Street, Suite 2000
                             San Francisco, California 94111
                             Phone: (415) 391-0600

                             *Attorneys for Defendant Lifi Labs, Inc.*

### **ATTESTATION OF FILER**

I, Marc Belloli, hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

/s/ Marc Belloli

-1-
STIPULATED MOTION FOR DISMISSAL CASE NO. 3:19-CV-00025-JD

## ORDER OF DISMISSAL WITHOUT PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal Without Prejudice of all claims asserted between plaintiff Sovereign Peak Ventures, LLC and defendant Lifi Labs, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Sovereign Peak Ventures, LLC and Lifi Labs, Inc. are here by dismissed without prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

DATED:  May __, 2019

_____
James Donato, District Judge
UNITED STATES DISTRICT COURT